IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE DISTRICT COUNCIL NO. )
14 METAL POLISHERS 401(k) RETIREMENT )
PLAN FUND; and TRUSTEES OF THE )
CHICAGO PAINTERS AND DECORATORS )
WELFARE FUND, )
                                                         ) No. 14 C 2772
        Plaintiffs, )
v. .)
                                                         ) Judge Kocoras
FRANK LAWNICKI, Individually and d/b/a )
CHICAGO METAL MAINTENANCE, ) Magistrate Judge Valdez
)
        Defendant. )

**PLAINTIFFS' MOTION FOR JUDGMENT IN A SUM CERTAIN**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI and ARNOLD AND KADJAN, move this Court to enter judgment in favor of Plaintiffs and against the Defendant, FRANK LAWNICKI, Individually and d/b/a CHICAGO METAL MAINTENANCE. In support of their Motion, the Plaintiffs state as follows:

1. This is an action to recover delinquent fringe benefit fund contributions.

2. The defendant was served with the Summons and Complaint on June 5, 2014.

3. No Answer or any other responsive pleading has been served. The defendant was defaulted by order of this Court dated July 8, 2014.

4. According to the Affidavit of Richard Wolf, attached hereto as Exhibit 1, the Defendant owes the amount of $125,999.60, consisting of $107,995.31 in contributions, $16,199.29 for liquidated damages and $1,805.00 for audit costs. (Of this amount, $3,886.93 in contributions is owed to the District Council No. 14 Metal Polishers 401(k) Retirement Plan

Fund.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A.  Enter final judgment in favor of Plaintiffs and against the Defendant in the amount of $125,999.60 limited to the audit period from September 1, 2012 through February 28, 2015. Of this amount, $3,886.93 is owed for contributions to the District Council No. 14 Metal Polishers 401(k) Retirement Plan Fund. ( A proposed order is attached to this audit as Exhibit 2, and is being sent via the Court's email system).

Respectfully submitted,

s/   James R.  Anderson
One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R.ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312)236-0415