EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 14 METAL POLISHERS 401(K) RETIREMENT PLAN FUND, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANK LAWNICKI, Individually and d/b/a CHICAGO METAL MAINTENANCE, Individually, <br><br> Defendant. | 14 C 2772 <br> Judge Kocoras <br><br> Magistrate Judge Valdez |

**AFFIDAVIT OF RICHARD WOLF**

RICHARD WOLF, upon being first duly sworn on oath, states as follows:

1. Affiant is the principal of RICHARD J. WOLF AND COMPANY, INC., an accounting firm ("the company").

2. The Plaintiffs requested the company to perform a fringe benefit fund contribution compliance audit of the books and records of FRANK LAWNICKI, Individually and d/b/a CHICAGO METAL MAINTENANCE . for the period from September 2, 2012 through February 28, 2015.

3. The audit encompassed an examination of payroll records and comparisons to amounts reported to the Funds.

4. The audit report disclosed that $107,995.31 in contributions are owed to the Funds.

5. According to the Collective Bargaining Agreement and Trust Agreements establishing the Funds, liquidated damages are owed on delinquent contributions. I have computed the amount of liquidated damages owed to be $16,199.29..

6. The Collective Bargaining Agreement also requires that in the event there is an audit deficiency, the audit costs are to be borne by the employer. The company charged the Funds the amount of $1,805.00 to complete the audit.

7. The total amount due and owing to the Funds is **$125,999.60** for this audit period, not including any interest, attorneys' fees or court costs.

8. Of the total amount, $3,886.93 is owed for contributions to the District Council No. 14 Metal Polishers 401(k) Retirement Plan Fund.

9. I am competent to testify to the truth of the foregoing statements, and if called to testify, would state as set forth herein.

_____
RICHARD WOLF

Subscribed and sworn to before me this 15th day of July, 2015.

_____
NOTARY PUBLIC

OFFICIAL SEAL
LAURA TRLAK
Notary Public - State of Illinois.
My Commission Expires Oct 1, 2017