EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 14 METAL POLISHERS 401(k) RETIREMENT PLAN FUND; and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND,<br><br>        Plaintiffs,<br>v.<br><br>FRANK LAWNICKI, Individually and d/b/a CHICAGO METAL MAINTENANCE,<br><br>        Defendant. | No. 14 C 2772<br><br>Judge Kocoras<br><br>Magistrate Judge Valdez |

## JUDGMENT ORDER

This cause, coming to be heard upon Plaintiffs' Motion for Judgment in A Sum Certain, all parties having notice, and the court being fully advised,

IT IS HEREBY ORDERED THAT:

1. Final judgment is entered in favor of Plaintiffs and against the Defendants in the amount of $125,999.60. Of this amount, $3,886.93 is owed to the District Council No. 14 Metal Polishers 401(k) Retirement Plan Fund for contributions. The judgment amount is limited to the audit period from September 1, 2012 through February 28, 2015.

                      Enter: _____
                                Hon. Charles P. Kocoras

                      Date: _____

DONALD D. SCHWARTZ
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312)236-0415